IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00598-MSK-BNB

RANDY SLOAN,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
THE DENVER SHERIFF'S DEPARTMENT, by and through the DENVER SHERIFF,
ALVIN LACABE, in his official capacity, and
JOHN DOES I-X, a series of fictitious names,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **August 17, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 20, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge